Herman Johnson, appellee, v. Rockford Malleable Iron Works, appellant. Gen. No. 6,691.

Action to recover for personal injuries to employee not under Workmen's Compensation Act, resulting from defective truck and premises. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 14, 1919. Rehearing denied November 21, 1919.

Gallagher, Kohlsaat & Rinaker, for appellant; Samuel M. Rinaker, of counsel. Roy F. Hall, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

---

Catherine Risk, appellant, v. Albert Sleyman, appellee. Gen. No. 6,625.

Action of seduction to recover damages. Judgment for defendant. Appeal from the Circuit Court of Peoria county; the Hon. Clyde E. Stone, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed October 24, 1919.

Frank Gillespie, W. W. Whitmore and Clarence W. Heyl, for appellant; DeMange, Gillespie & DeMange; Sterling, Livingston & Whitmore and Heyl & Heyl, of counsel. Dailey, Miller, McCormick & Radley, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Alvah G. Turner, appellee, v. Fox & Illinois Union Railway Company, appellant. Gen. No. 6,692.

Action to recover for injury to passenger on electric car by being thrown from car in act of alighting. Judgment for plaintiff. Appeal from the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1919. Reversed and remanded. Opinion filed October 24, 1919.

Mighell, Gunsul & Allen and Cornelius Reardon, for appellant. Frank H. Hayes and H. B. Smith, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Gus Stavrakas, plaintiff in error, v. Nick Stavrakas, defendant in error. Gen. No. 6,653.

Assumpsit for money loaned and labor performed. Judgment against plaintiff. Error to the City Court of DeKalb; the Hon. H. W. McEwen, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed November 11, 1911.

J. E. Matteson and A. G. Kennedy, for plaintiff in error. Faissler, Fulton & Roberts, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court,